```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RHYMEL KING                      :       CIVIL ACTION
                                 :
           v.                    :
                                 :
SCHUYLER EPPS                    :       NO. 14-2079
```

ORDER

AND NOW, this 4th day of June, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Schuyler Epps to dismiss this action for lack of personal jurisdiction (Doc. #9) is GRANTED.

                                                          BY THE COURT:


                                                         /s/ Harvey Bartle III
                                                                                J.